# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al. <br> v. <br> TAMARACK HEATING & COOLING, INC., an Illinois corporation | FILED: MARCH 24, 2008 <br> 08CV1712         TG <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., Plaintiffs herein

| |
|---|
| NAME (Type or print) <br> Beverly P. Alfon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Beverly P. Alfon |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP <br> Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274459 | TELEPHONE NUMBER <br> 312/236-4316 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |