## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1712         Assigned/Issued By: J. N.

Judge Name: CASTILLO         Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____         Receipt #: 2637691_____

Date Payment Rec'd: 3-24-08_____   Fiscal Clerk: J. N._____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____            _____
       *(Type of Writ)*                  _____
                                         *(Type of issuance)*

1____ Original and 0_____ copies on 3/25/08_____ as to DEFENDANT_____
                                   *(Date)*