AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV1712

V.

ASSIGNED JUDGE: JUDGE CASTILLO

TAMARACK HEATING & COOLING, INC.,
an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Tamarack Heating & Cooling, Inc.
c/o Matthew G. Bertani, Registered Agent
71 129th Infantry Drive
Joliet, IL  60436

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
-----------------------------
(By) DEPUTY CLERK

March 25, 2008
-----------------------------
Date

```
SHEET METAL WORKERS LOCAL 265 WELFARE    BAUM SIGMAN
                    -VS-                 200 W ADAMS ST STE 2200
TAMARACK HEATING AND COOLING INC         CHICAGO, IL 60606
                                         (312) 236-0241              PAID
========== DESCRIPTION ==========   ========== ATTEMPTED SERVICES ==========
                                         DATE       TIME       BADGE #
SUMMONS & COMPLAINT

ISSUED: 3/31/08      EXPIRES: 4/15/08
FEES:   40.00        EVC/DEP:

======== PERSON TO BE SERVED ========

MATTHEW G BERTANI REGISTERED AGENT FOR   NOTES:
71 129TH INFANTRY DR
JOLIET, IL 60436
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____ .(date)

(C) _X_ SERVICE ON: ___ CORPORATION _X_ COMPANY ___ BUSINESS by leaving a COPY OF THE _X_ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED   ___ NOT LISTED   ___ RETURNED BY ATTY.   ___ EXPIRED
    ___ NO CONTACT  ___ NO SUCH ADDRESS  ___ DECEASED  ___ OTHER REASON

PERSON TO BE SERVED: Mathew G. Bertani
SERVING ADDRESS: 71 129th Infantry Dr. Joliet, IL
WRIT SERVED ON: Sandra Talchik        RELATIONSHIP: Paralegal
SEX F (M/F)  RACE W  DOB 28
THIS 2 DAY OF April 2008 TIME 1503 HOURS
PAUL J. KAUPAS, SHERIFF, BY Dep J. Ok DEPUTY # 125
REMARKS:

GMM80911053