# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1712 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Sheet Metal Workers Local 265 vs. Tamarack Heating & Cooling Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of the case docket, defendant Tamarack Heating & Cooling Inc. is hereby defaulted for failure to timely appear, answer or otherwise plead to the complaint. Defendant Tamarack Heating & Cooling, Inc. is ordered to submit to a full audit by Plaintiffs if necessary to establish defendant's full liability. The Court will retain jurisdiction to enter a final judgment. The status report filing date of 5/12/2008 and status hearing set for 5/15/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|