IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1712 |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE RUBEN CASTILLO |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, TAMARACK HEATING & COOLING, INC., an Illinois corporation, in the total amount of $460,287.69, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,461.25.

On April 2, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his Paralegal, Sandra Talchik) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 22, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of May 2008:

                Mr. Matthew G. Bertani, Registered Agent
                Tamarack Heating & Cooling, Inc.
                71 129th Infantry Drive
                Joliet, IL   60436

                          /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Tamarack Heating\2008\motion for default and judgment.jdg.df.wpd

Order Form (01/2005)

Case 1:08-cv-01712    Document 10    Filed 04/24/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1712 | DATE | 4/24/2008 |
| CASE TITLE | Sheet Metal Workers Local 265 vs. Tamarack Heating & Cooling Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of the case docket, defendant Tamarack Heating & Cooling Inc. is hereby defaulted for failure to timely appear, answer or otherwise plead to the complaint. Defendant Tamarack Heating & Cooling, Inc. is ordered to submit to a full audit by Plaintiffs if necessary to establish defendant's full liability. The Court will retain jurisdiction to enter a final judgment. The status report filing date of 5/12/2008 and status hearing set for 5/15/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|