IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1712 |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE RUBEN CASTILLO |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Matthew G. Bertani, Registered Agent
    Tamarack Heating & Cooling, Inc.
    71 129th Infantry Drive
    Joliet, IL   60436

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **6th** day of **May 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ruben Castillo, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2141, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of April 2008:

      Mr. Matthew G. Bertani, Registered Agent
      Tamarack Heating & Cooling, Inc.
      71 129th Infantry Drive
      Joliet, IL   60436


      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Tamarack Heating\2008\notice of motion.jdg.df.wpd