IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1712 |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE RUBEN CASTILLO |
| Defendant. | ) | |

## **AFFIDAVIT**

STATE OF ILLINOIS     )
                                      ) SS.
COUNTY OF COOK   )

CATHERINE M. CHAPMAN, being first duly sworn upon her oath, deposes and states:

1. I am one of the attorneys for the Plaintiffs in the above-entitled action, I have personal knowledge of the facts regarding this matter and the time expended in the prosecution of this action now pending in the United States District Court and, if called as a witness, I am competent to testify in respect thereto.

2. I and my associates have expended 25.50 hours in the prosecution of the above-entitled action, including the initial investigation and preparation of the Complaint, telephone conversations with representatives of the Defendant, Plaintiff Funds, and bond company, preparation

of correspondence to the Defendant, Plaintiff Funds, bond company and Plaintiffs' process server, and review of the contribution reports submitted by Defendant.

3. I have in my possession a complete written record of the hours expended and costs incurred in the prosecution of this action in the form of client billing records which specify the various activities of Counsel required in the litigation of this matter and confirms the number of hours expended and costs incurred as set forth above.

4. The usual and normal hourly charges by Affiant's law firm for Federal Court litigation under the Labor-Management Relations Act and the Employee Retirement Income Security Act of 1974 range from $140.00 to $180.00 per hour for associates and from $210.00 to $290.00 per hour for partners based on their level of experience.

5. To the best of my knowledge and belief, the rates charged per hour are less than or equal to the usual and customary rates charged by other law firms doing similar work in the United States District Court for the Northern District of Illinois.

6. Plaintiffs have incurred costs related to the prosecution of this action consisting of $350.00 for their court filing fee and $40.00 to serve Defendant with the summons and complaint.

7. Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. Section 1132(g)(2) provides that the Court must award a Plaintiff its costs and reasonable attorneys' fees:

> In any action under this title by a fiduciary for or on behalf of a plan to enforce Section 515 in which a judgment in favor of the plan is awarded, the Court shall award the plan...(D) reasonable attorneys' fees and costs of the action, to be paid by the defendant....

8.      Furthermore, the Trust Agreements governing the Funds, and to which Defendant is bound, provide for payment by the Defendant of all costs of collection, including audit and attorneys' fees incurred by the Plaintiffs.

9.      I make this Affidavit in support of the Plaintiffs' Motion for Entry of Default and Judgment and an award of Plaintiffs' costs totaling $390.00 and Plaintiffs' reasonable attorneys' fees in the sum of $4,071.25.

FURTHER AFFIANT SAYETH NOT.


/s/   Catherine M. Chapman


SUBSCRIBED AND SWORN
TO before me this 23rd
day of April 2008.


/s/   Deborah A. Farrell
        NOTARY PUBLIC

I:\265J\Tamarack Heating\2008\chapman affidavit.jdg.df.wpd

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of Catherine M. Chapman) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of May 2008:

>Mr. Matthew G. Bertani, Registered Agent
>Tamarack Heating & Cooling, Inc.
>71 129th Infantry Drive
>Joliet, IL   60436

>/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Tamarack Heating\2008\chapman affidavit.jdg.df.wpd