IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1712 |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | JUDGE RUBEN CASTILLO |
| Defendant. | ) ) | |

## <u>AFFIDAVIT</u>

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF DUPAGE | ) |

SCOTT P. WILLE, being first duly sworn upon his oath, deposes and says:

1.    That he is Administrator and/or Authorized Agent of the SHEET METAL WORKERS LOCAL 265 WELFARE FUND, SHEET METAL WORKERS LOCAL 265 PENSION FUND, SHEET METAL WORKERS LOCAL 265 SAVINGS FUND, SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND, SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND and SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT PLAN.

2.    That he has read the Complaint filed in this cause, and knows of his own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3.     That he is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records contribution reports made by such persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4.     That he has examined the account of Defendant in the above-entitled cause, and states that said Defendant:

    (a)     is required to make monthly contribution reports under the terms of the aforesaid collective bargaining agreement;

    (b)     has failed to submit all monthly contribution reports due to date;

    (c)     has submitted monthly contribution reports for the months of November 2007 through January 2008, but has failed to submit the contributions which it acknowledges therein to be due in the total amount of $418,443.36.

(Copies of the monthly fringe benefit contribution reports submitted by Defendant for November 2007 through January 2008 are attached hereto).

5.     That pursuant to the Trust Agreements he has assessed a liquidated damages surcharge against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of November 2007 through January 2008, in the total amount of $41,844.33.

6.     That he is duly authorized by Plaintiffs in this behalf, has personal knowledge of the matters set forth above and if called as a witness in this cause is competent to testify thereto.

2

7. That he makes this Affidavit in support of the application of Plaintiffs for default and judgment and requests this Court to consider the same as proof in support of the allegations contained in the Complaint of the Plaintiffs and such other facts herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
SCOTT P. WILLE

SUBSCRIBED AND SWORN
TO before me this 23ʳᵈ
day of _April_ , 2008.

_____
NOTARY PUBLIC

I:\265J\Tamarack Heating\2008\wille affidavit.jdg.df.wpd

"OFFICIAL SEAL"
Susan L. Schwieters
Notary Public, State of Illinois
My Commission Expires 7/25/2009

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of Scott P. Wille) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of April 2008:

Mr. Matthew G. Bertani, Registered Agent
Tamarack Heating & Cooling, Inc.
71 129th Infantry Drive
Joliet, IL   60436


/s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Tamarack Heating\2008\wille affidavit.jdg.df.wpd

# UNIFORM FRINGE BENEFIT REMITTANCE REPORT

**TAMARACK HEATING & CLG**     **ACCOUNT#** 203355

**DATE:** 01/31/08

| INITIALS | LAST NAME | REGULAR | O/T @ 1½ | O/T @ 2 | TAXABLE GROSS WAGES | H&W/PENSION/MISC. CONTRIBUTIONS | IA WORK ASSESS |
|---|---|---|---|---|---|---|---|
| F. | BERARDI | 24 | 2 | | $1,039.77 | 419.82 | 1.04 |
| J. | BOOK | 88 | | | $3,568.88 | 1,387.76 | 3.52 |
| MT. | BUSHELL | 80 | | | $3,600.00 | 1,261.80 | 3.20 |
| LT. | CALDWELL | 91 | 8 | 1 | $4,943.67 | 1,577.00 | 4.00 |
| PC. | CARLSON | 136 | | | $5,237.30 | 2,144.72 | 5.44 |
| IM. | CASTLEMAN | 88 | 8 | | $3,388.88 | 1,387.76 | 3.52 |
| ML. | COLE | 133 | | | $5,121.83 | 2,097.41 | 5.32 |
| JK. | GERGONE | 65 3/4 | 3 1/2 | | $2,227.27 | 1,092.07 | 2.77 |
| J. | GRIFFIN | 182 3/4 | 46 1/2 | 8 | $10,339.95 | 3,741.43 | 9.49 |
| JT. | HILL | 129 | 9 1/2 | 8 | $4,132.72 | 2,316.31 | 5.86 |
| LH. | HOTZ | 138 1/2 | 31 3/4 | 15 | $6,313.36 | 2,921.30 | 7.41 |
| BC. | JUNGELS | 148 | 13 | | $5,460.43 | 2,638.97 | 6.44 |
| BJ. | JURICIC | 32 | 1 | | $1,100.61 | 520.41 | 1.32 |
| GJ. | LADOUCEUR | 128 | | | $5,121.28 | 2,018.56 | 5.12 |
| BJ. | LEONARD | 138 1/2 | 22 1/2 | 8 1/2 | $7,288.03 | 2,673.02 | 6.78 |
| MJ. | LEWIS | 168 | | | $6,469.88 | 2,649.36 | 6.72 |
| AL. | LINDSTRAND | 171 3/4 | 22 3/4 | 3 1/2 | $8,197.84 | 3,122.46 | 7.92 |
| J. | LISY | 112 | | | $4,313.12 | 1,766.24 | 4.48 |
| DM. | MAGOLAN | 144 | 1 1/2 | | $5,832.06 | 2,294.54 | 5.82 |
| KJ. | MCCAULEY | 189 1/2 | 54 | 9 1/2 | $11,672.41 | 3,989.61 | 10.12 |
| JM. | MILLER | 38 | 3 | | $1,636.66 | 646.57 | 1.64 |
| TB. | MILLER | 144 | | | $6,013.44 | 2,270.86 | 5.76 |
| JA. | MINOTT | 144 | 2 1/2 | | $5,467.89 | 2,510.31 | 6.56 |
| JR. | MIRABAL | 91 1/4 | 30 1/4 | 18 3/4 | $5,706.56 | 2,211.74 | 5.61 |
| E. | MIRAVETE-CRUZ | 177 | | | $6,816.27 | 2,794.29 | 7.08 |

FEB-14-2008  01:10PM  FROM-TAMARACK HEATING AND COOLING    +1 815 439 3475    T-969  P.011/013  F-778

| | | | | | | |
|---|---|---|---|---|---|---|
| J | OROZCO | 137 1/4 | | $8,928.51 | 3,043.51 | 7.72 |
| CM | PEARSON | 177 1/2 | | $9,835.13 | 2,795.16 | 7.10 |
| MP | PIPER | 169 | | $4,031.68 | 2,896.67 | 6.84 |
| RR | REDDELL | 162 1/4 | 2 | $7,963.51 | 2,945.06 | 7.47 |
| WR | REICHERT | 144 | 24 1/2 | $5,545.44 | 2,270.88 | 5.78 |
| RJ | REIDENGA | 138 | | $5,280.96 | 2,144.72 | 5.44 |
| DJ | REINBACHER | 184 | | $5,480.32 | 2,001.68 | 7.36 |
| MR | REMICK | 21 | | $808.71 | 331.17 | 0.84 |
| SR | SAVAGE | 184 | | $6,046.24 | 2,901.68 | 7.36 |
| F | SCARPELLI | 88 | | $1,366.88 | 1,387.76 | 3.52 |
| SS | SEBBY | 168 | | $6,409.68 | 2,649.38 | 6.72 |
| RR | SEIFERT | 167 | | $6,932.17 | 2,653.59 | 6.68 |
| DR | SHEEHAN | 154 | | $6,930.54 | 2,428.68 | 6.16 |
| JM | SHIELDS | 180 | | $3,200.00 | 2,623.20 | 6.40 |
| MJ | SHIELDS | 168 | B | $3,600.00 | 2,776.82 | 6.72 |
| RE | SHIELDS | 176 | | $6,460.68 | 2,776.52 | 7.04 |
| JS | SINADINOS | 166 | | $5,198.96 | 2,049.36 | 6.72 |
| TD | STOGSDILL | 135 | | $6,409.68 | 2,129.96 | 5.40 |
| TT | SULA | 168 | | $6,409.68 | 2,649.36 | 6.72 |
| RM | TRAINOR | 168 | | $5,520.48 | 2,649.38 | 6.72 |
| WJ | ZINANNI | 170 | | $6,866.70 | 2,880.50 | 6.80 |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| MA | KAMINSKAS | 120 | | $9,150.00 | 1,892.40 | 4.80 |
| RN | KAMINSKAS | 200 | | $15,260.00 | 3,164.00 | 8.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 276.53 |
| 0.00 | 0.00 | 0.00 | 0.00 | | | 109148.11 |
| | | | | | | 276745.08 |
| | | | | | | 94 1/4 |
| | | | | | | 320 |
| | | | | | | 6507 |
| | | | | | | TOTALS > |

**TOTAL HOURS REPORTED**

6921 1/4    6921 1/4    6921 1/4    0.00    200

**CONTRIBUTION RATE PER HOUR**

0.43    0.21    4.19    4.25    7.30    0.82    0.21    0.00    0.04

**AMOUNT DUE**

$2,976.14    $1,495.46    $29,838.04    $30,265.31    $51,995.13    $5,678.43    $1,483.46    $5,537.00    213.84

NATIONAL BENEFIT FUNDS
TOTAL AMOUNT    $16,048.40

LOCAL FUNDS
TOTAL AMOUNT    $74,985.00

# UNIFORM FRINGE BENEFIT REMITTANCE REPORT

TAMARACK HEATING & CLG

ACCOUNT# 200355

DATE: 12/31/07

| INITIALS | LAST NAME | REGULAR | O/T @ 1¼ | O/T @ 2 | TAXABLE GROSS WAGES | H&W, PENSION, MISC. CONTRIBUTIONS | IA WORK ASSESS |
|---|---|---|---|---|---|---|---|
| F | BERARDI | 120 | 20 | | $5,778.51 | 2,287.80 | 6.80 |
| J | BOOK | 133 | | | $5,121.83 | 2,007.41 | 5.32 |
| MT | BUSHELL | 128 | | | $5,760.00 | 2,018.56 | 5.12 |
| LT | CALDWELL | 127 1/2 | 18 3/4 | 17 1/4 | $7,208.19 | 2,548.69 | 6.46 |
| PC | CARLSON | 144 | 10 | | $5,849.44 | 2,270.88 | 5.78 |
| JM | CASTLEMAN | 144 | | | $6,123.10 | 2,428.58 | 6.16 |
| M | COLE | 144 | | | $5,645.44 | 2,270.88 | 5.76 |
| JK | GERCONE | 198 3/4 | 22 1/2 | 1 3/4 | $5,521.12 | 2,570.51 | 6.52 |
| J | GRIFFIN | 146 | 35 3/4 | | $7,957.57 | 2,865.20 | 7.27 |
| JT | HILL | 107 | 21 | 12 | $6,287.89 | 2,207.80 | 5.60 |
| LH | HOTZ | 147 3/4 | 24 1/2 | | $7,106.09 | 2,716.38 | 6.89 |
| BC | JUNGELS | 136 | 18 | | $6,277.14 | 2,425.69 | 6.16 |
| BJ | JURICIC | 118 | 8 | | $4,265.38 | 1,971.25 | 5.00 |
| GJ | LADOUCEUR | 120 | | | $4,901.20 | 1,892.40 | 4.80 |
| BJ | LEONARD | 132 | 14 1/2 | | $5,920.92 | 2,316.31 | 5.86 |
| MJ | LEWIS | 144 | | | $5,645.44 | 2,270.88 | 5.76 |
| AL | LINDSTRAND | 148 | 40 | | $6,972.63 | 2,964.76 | 7.52 |
| | LISY | 24 | | | $924.24 | 376.48 | 5.24 |
| DM | MAGOLAN | 127 | 4 | | $5,121.84 | 2,095.97 | 7.99 |
| KJ | MCCAULEY | 149 | 44 | 6 | $9,309.27 | 3,138.23 | 6.66 |
| JM | MILLER | 131 1/2 | 10 | | $5,941.73 | 2,231.46 | 6.78 |
| TB | MILLER | 144 | | | $6,013.44 | 2,270.88 | 5.92 |
| JA | MINOTT | 137 | 11 | | $5,428.86 | 2,333.96 | 8.11 |
| JR | MIRABAL | 143 1/2 | 9 1/4 | | $6,080.62 | 2,408.87 | 5.76 |
| E | MIRAVETE-CRUZ | 144 | | | $5,645.44 | 2,270.88 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTALS > | 6250 1/4 | 378 1/4 | 37 | 262179.46 | 104996.66 | 278.62 |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |

**TOTAL HOURS REPORTED**

| 0.00 | 6663 1/2 | 6663 1/2 | 6663 1/2 | 160 |
|---|---|---|---|---|

**CONTRIBUTION RATE PER HOUR**

| 0.43 | 0.21 | 4.19 | 4.26 | 7.30 | 0.82 | 0.21 | 0.80 | 0.04 |
|---|---|---|---|---|---|---|---|---|

**AMOUNT DUE**

| $2,865.31 | $1,432.94 | $28,598.47 | $28,999.88 | $49,811.55 | $5,464.07 | $1,388.34 | $95,330.80 | 204.71 |
|---|---|---|---|---|---|---|---|---|

NATIONAL BENEFIT FUNDS
TOTAL AMOUNT

LOCAL FUNDS
TOTAL AMOUNT

# UNIFORM FRINGE BENEFIT REMMITTANCE REPORT

TAMARACK HEATING & CLG    ACCOUNT# 200355

DATE: 11/30/07

127407

| INITIALS | LAST NAME | REGULAR | O/T @ 1½ | O/T @ 2 | TAXABLE GROSS WAGES | H&W,PENSION,MISC. CONTRIBUTIONS | 1A WORK ASSESS |
|---|---|---|---|---|---|---|---|
| F | BERARDI | 176 | 18 1/2 | | $7,730.69 | 3,939.72 | 6.78 |
| J | BOOK | 79 | | | $3,042.29 | 1,245.93 | 5.62 |
| MT | BUSHELL | 184 | | | $4,280.00 | 2,901.08 | 4.58 |
| LT | CALDWELL | 141 1/4 | 11 1/2 | | $4,163.15 | 2,408.87 | 5.28 |
| PC | CARLSON | 175 | | | $4,736.25 | 2,709.76 | 5.09 |
| JM | CASTLEMAN | 152 | 17 1/2 | | $4,884.41 | 2,873.02 | 5.13 |
| NL | COLE | 171 | | | $4,588.21 | 2,898.67 | 8.27 |
| JK | GERCONE | 188 1/2 | 20 1/2 | | $5,877.88 | 3,296.93 | 7.07 |
| J | GRIFFIN | 184 | 46 | 5 1/2 | $10,196.64 | 3,715.84 | 6.28 |
| JT | HILL | 187 | 21 1/2 | | $5,443.34 | 3,288.06 | 6.39 |
| LH | HOTZ | 186 | 41 3/4 | 5 1/4 | $8,206.71 | 3,306.01 | 6.23 |
| BC | JUNGELS | 191 | 18 1/2 | | $5,306.54 | 3,272.29 | 4.86 |
| BJ | JURICIC | 149 | 13 | | $5,760.09 | 2,854.74 | 5.26 |
| GJ | LADOUCEUR | 175 | | | $7,001.76 | 2,799.76 | 7.08 |
| BJ | LEONARD | 183 | 45 | 8 | $10,262.93 | 3,221.72 | 6.64 |
| J | LEWIS | 188 | | | $7,239.88 | 2,904.78 | 7.51 |
| AL | LINDSTRAND | 191 1/2 | 68 3/4 | | $10,708.37 | 3,946.44 | 6.70 |
| DM | MAGOLAN | 181 | 8 | | $7,489.20 | 2,999.39 | 7.71 |
| KJ | MCCAULEY | 192 | 65 | | $11,572.40 | 4,062.89 | 6.72 |
| JM | MILLER | 177 1/2 | 13 | | $7,696.48 | 3,004.19 | 5.64 |
| TB | MILLER | 188 | | | $7,650.98 | 2,964.78 | 5.31 |
| JA | MINOTT | 168 | 11 | | $6,376.65 | 2,791.29 | 6.80 |
| JR | MIRABAL | 189 3/4 | 36 3/4 | | $9,430.13 | 3,571.91 | 5.78 |
| E | MIRAVETE-CRUZ | 192 | | | $7,383.92 | 3,027.84 | 6.78 |
| J | OROZCO | 191 1/4 | 41 3/4 | | $8,776.73 | 3,574.41 | 6.99 |

04/03/2008 15:13 FAX 630 668 7338    Case 1:08-cv-01713    Document 14-21    SKW LOCAL # 265    Filed 04/29/2008 BAUM    Page 9 of 11    @010

FEB-14-2008 01:09PM    FROM-TAMARACK HEATING AND COOLING    +1 815 436 3475    T-663    P.003    F-770

| Init | Name | Hours | | | Amount | | Rate |
|---|---|---|---|---|---|---|---|
| MP | PAPER | 175 | 3 1/2 | 15 | $4,184.97 | 2,814.96 | 6.38 |
| RR- | REDDELL | 182 1/2 | 40 1/2 | | $11,042.76 | 3,896.49 | 7.41 |
| WR | REICHERT | 184 | | | $7,085.34 | 2,901.68 | 6.52 |
| RJ | REIDENGA | 184 | | | $7,104.24 | 2,901.68 | 6.52 |
| DJ | REINBACHER | 184 | | | $8,460.32 | 2,901.68 | 5.28 |
| MR- | REMICK | 176 | | | $6,777.76 | 2,776.52 | 5.62 |
| SR | SAVAGE | 184 | | | $6,040.24 | 2,901.68 | 6.52 |
| SS | SEBBY | 184 | | | $7,085.84 | 2,901.68 | 5.28 |
| RR | SEIFERT. | 176 | | | $7,205.76 | 2,776.52 | 6.16 |
| DR | SHEEHAN | 172 | | | $6,623.72 | 2,712.44 | 5.52 |
| JM | SHIELDS | 184 | | | $5,690.00 | 2,901.68 | 5.76 |
| MJ | SHIELDS | 192 | 12 | | $4,200.00 | 3,217.08 | 11.34 |
| RE | SHIELDS | 188 | 6 | | $3,132.30 | 3,217.08 | 6.52 |
| JS- | SMADINOS | 184 | | | $7,085.84 | 2,901.68 | 5.62 |
| TD | STOGSDILL | 184 | | | $7,085.84 | 2,776.52 | 5.28 |
| IT | SULA | 176 | | | $6,777.76 | 2,776.52 | 5.28 |
| RM | TRAINOR | 176 | | | $6,763.38 | 2,709.18 | 5.33 |
| WJ | ZINANNI | 177 1/2 | | | $7,100.53 | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| MA | KAMINSKAS | 120 | | | $9,100.00 | 1,802.40 | 3.00 |
| RM | KAMINSKAS | 200 | | | $15,260.00 | 3,164.00 | 6.00 |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |

| | | | | |
|---|---|---|---|---|
| TOTALS > | 7941 3/4 | 556 | 33 3/4 | 338174.40 |

| | |
|---|---|
| 0.00 | 134699.46 |
| | 258.74 |

**TOTAL HOURS REPORTED**

| | | | | |
|---|---|---|---|---|
| 8531 1/2 | 8531 1/2 | 8531 1/2 | 200 | 0.00 |

**CONTRIBUTION RATE PER HOUR**

| 0.43 | 0.21 | 4.19 | 4.25 | 6.90 | 0.82 | 0.21 | 0.80 | 0.83 |
|---|---|---|---|---|---|---|---|---|

**AMOUNT DUE**

| $3,668.55 | $1,833.62 | $36,584.99 | $37,109.88 | $60,247.35 | $6,996.83 | $1,791.62 | $6,825.20 | 281.95 |
|---|---|---|---|---|---|---|---|---|

NATIONAL BENEFIT FUNDS

LOCAL FUNDS