# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1712 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Sheet Metal Workers Local 265 Welfare Fund, et al. Vs. Tamarack Heating & Cooling, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/6/2008. Defendant failed to appear. Plaintiffs' motion for entry of judgment [11] is granted. Enter Judgment Order. Judgment is entered in favor of the Plaintiffs and against defendant Tamarack Heating & Cooling, Inc. in the total amount of $464,748.94. The Court will retain jurisdiction to enforce the Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|