*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____     Assigned/Issued By: _____

Judge Name: _____     Designated Magistrate Judge: _____

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____              _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                  (Date)
_____

_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, et al., )
                              Plaintiffs, )
                              vs. )  CIVIL ACTION
TAMARACK HEATING & COOLING, INC., )
an Illinois corporation, )  NO. 08 C 1712
                              Defendant, )  JUDGE RUBEN CASTILLO
                              and )  RETURN DATE: June 19, 2008
FIRST COMMUNITY BANK, )
13717 S. US Route 30, #137 )
Plainfield, IL   60544 )
(815) 436-6300 )
                              Garnishee )
                              Defendant. )

FILED
MAY 2 2 2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Jennifer L. Dunitz-Geiringer on oath states:

1. Judgment was entered in this case on **May 6**, **2008** in favor of the judgment creditor **Sheet Metal Workers Local 265** and against the judgment debtor **Tamarack Heating & Cooling, Inc.** for $ **464,748.94** and costs.

2. $ **0** has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ **464,748.94** principal
   - $ **0.00** costs
   - $ **0.00** interest
   - $ **464,748.94** TOTAL

4. I believe garnishee **FIRST COMMUNITY BANK** is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is **11917 S. Aero Drive, Plainfield, IL   60585**

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON **May 22**, 20**08**.

_[signature]_

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., <br><br>         Plaintiffs, <br><br> vs. <br><br> TAMARACK HEATING & COOLING, INC., an Illinois corporation, <br><br>         Defendant, <br><br> and <br><br> FIRST COMMUNITY BANK, <br> 13717 S. US Route 30, #137 <br> Plainfield, IL 60544 <br> (815) 436-6300 <br><br>         Garnishee Defendant. | CIVIL ACTION <br><br> NO. 08 C 1712 <br><br> JUDGE RUBEN CASTILLO |

### INTERROGATORIES TO GARNISHEE

1.  When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
              (Yes or No)

2.  If your answer is yes, describe the property:

    _____
    _____
    _____

3.  When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
              (Yes or No)

4.  If your answer is yes, state:

    Description: _____

    Amount: $ _____

    Date Due: _____

5.  A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.  I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.