IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | Civil Action |
| | ) | No. 08 C 1712 |
| Defendant, and | ) ) ) | Judge Ruben Castillo |
| FIRST COMMUNITY BANK, 13717 S. US Route 30, #137 Plainfield, IL 60544 | ) ) ) ) ) | |
| Garnishee. | ) | |

## ANSWERS TO
## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: No.

2. If you answer is yes, describe the property: N/A.

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: Yes.

4. If your answer is yes, state:

   Description: Checking Account Nos. 1703701 and 2000060.
   Amount: $22,829.11*
   Date Due: N/A
   *(see Paragraph 5 below)

5. Garnishee further answers that on the date the summons was served on garnishee, the judgment debtor was indebted to garnishee in the sum of $1,492,868.66. Pursuant to Section 12-708 of the Illinois Code of Civil Procedure [735 ILCS 5/12-708], garnishee asserts its right and does hereby offset the balance due judgment debtor in the sum of $22,829.11 against the indebtedness due garnishee, leaving no balance available to the judgment creditor/plaintiff herein.

6. Garnishee certifies that a copy of this answer was filed with the Clerk of Court and copies were transmitted or mailed to the attorney for the plaintiff/judgment creditor and the judgment debtor.

                                      First Community Bank, Garnishee

                                    By: _____
                                         Jacqueline D. Fairbairn,
                                         Assistant Vice-President/
                                         Operations Manager

State of Illinois )
                ) ss.
County of Will )

      Jacqueline D. Fairbairn, on oath deposes and says that she is an Assistant Vice President/Operations Manager of the above-named garnishee, and has full knowledge of the facts stated in the above answers; and that the answers are true in substance and in fact.

                                                            _____
                                                            Jacqueline D. Fairbairn

Signed and sworn to before me
this 11th day of June, 2008.

_____
Notary Public

                                "OFFICIAL SEAL"
                                A. MICHAEL WOJTAK
                               Notary Public, State of Illinois
                              My Commission Expires 12/30/2010

Lawrence M. Kaschak –ARDC#06207194
A. Michael Wojtak – ARDC#03127831
Tracy, Johnson & Wilson
Attorneys for Garnishee
2801 Black Road, 2nd Floor
Joliet, Illinois 60435
Ph. (815) 723-8500

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | Civil Action |
| | ) | No. 08 C 1712 |
| Defendant, | ) | |
| and | ) ) | Judge Ruben Castillo |
| FIRST COMMUNITY BANK, 13717 S. US Route 30, #137 Plainfield, IL 60544 | ) ) ) ) ) | |
| Garnishee. | ) | |

## NOTICE OF FILING

TO:   See attached Certificate of Service

    PLEASE BE ADVISED that on the 11th day of June, 2008, the undersigned caused the Answers to Interrogatories to Garnishee to be filed electronically through the Northern District of Illinois CM/ECF system, a copy of which is attached hereto:

                                                                   First Community Bank, Garnishee

                                                             By:   /s/ Lawrence M. Kaschak
                                                                  Lawrence M. Kaschak, One of their Attorneys

Lawrence M. Kaschak –ARDC#06207194
A. Michael Wojtak – ARDC#03127831
Tracy, Johnson & Wilson
Attorneys for Garnishee
2801 Black Road, 2nd Floor
Joliet, Illinois 60435
Ph. (815) 723-8500

# CERTIFICATE OF SERVICE

I, Lawrence M. Kaschak, an attorney, hereby certify that on June 11, 2008, the Answers to Interrogatories to Garnishee will be sent electronically to the following parties by operation of the Court's electronic filing system and interested persons may access this filing through the Court's system.

| Jennifer Dunitz-Geiringer<br>Baum Sigman Auerbach<br>& Neuman, Ltd.<br>200 W. Adams<br>Suite 2200<br>Chicago, IL 60606-5231<br>jdunitz.geiringer@baumsigman.com | Beverly Pazon Alfon<br>Baum Sigman Auerbach<br>& Neuman, Ltd.<br>200 W. Adams<br>Suite 2200<br>Chicago, IL 60606-5231<br>balfon @baumsigman.com | Catherine Chapman<br>Baum Sigman Auerbach<br>& Neuman, Ltd.<br>200 W. Adams<br>Suite 2200<br>Chicago, IL 60606-5231<br>cchapman@baumsigman.com |
|---|---|---|

June 11, 2008                                         /s/ Lawrence M. Kaschak
                                                              Lawrence M. Kaschak