### United States District Court for the Northern District of Illinois

Case Number: 08CV1712          Assigned/Issued By: DAJ

Judge Name: CASTILLO          Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**     ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☑ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

4    Original and    4    copies on 08/06/08    as to TR MILLER CORP,
                                 (Date)
FIRST COMMUNITY BANK, RL SOHOL, FIRST MIDWEST BANK.

_____