FILED
AUG - 6 2008
AUG 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, et al., )
                Plaintiffs, )
)
vs. )   CIVIL ACTION
TAMARACK HEATING & COOLING, INC., )
an Illinois corporation, )   NO. 08 C 1712
)
                Defendant, )   JUDGE RUBEN CASTILLO
)
          and )   RETURN DATE: September 3, 2008
FIRST COMMUNITY BANK, )
13717 S. US Route 30, #137 )
Plainfield, IL 60544 )
)
                Garnishee )
                Defendant. )

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Catherine M. Chapman on oath states:

1. Judgment was entered in this case on May 6, 2008 in favor of the judgment creditor Sheet Metal Workers Local 265 and against the judgment debtor Tamarack Heating & Cooling, Inc. for $ 464,748.94 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 464,748.94 principal
   - $ 0.00 costs
   - $ 0.00 interest
   - $ 464,748.94 TOTAL

4. I believe garnishee FIRST COMMUNITY BANK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 11917 S. Aero Drive, Plainfield, IL 60585

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON** August 6, 20 08.

*Catherine M. Chapman* (signature)

NAME: Catherine M. Chapman
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | NO. 08 C 1712 |
| Defendant, | ) ) ) | JUDGE RUBEN CASTILLO |
| and FIRST COMMUNITY BANK, 13717 S. US Route 30, #137 Plainfield, IL 60544 | ) ) ) ) ) | |
| Garnishee Defendant. | ) ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
    (Yes or No)

2. If your answer is yes, describe the property:

    _____
    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
    (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount: $_____
    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.