UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GARNISHMENT NOTICE ON REVERSE SIDE**

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAMARACK HEATING & COOLING, INC., an Illinois corporation, <br><br> Defendant, <br><br> and <br><br> FIRST MIDWEST BANK, 24509 Lockport Street Plainfield, IL 60544 (815) 439-4141 <br><br> Garnishee Defendant. | CIVIL ACTION <br><br> NO. 08 C 1712 <br><br> JUDGE RUBEN CASTILLO |

### GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before** SEPTEMBER 3 , 20 08 . However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Date: AUG 6 2008

MICHAEL W. DOBBINS
Clerk of the Court

_____
Deputy Clerk

(Seal of Court)

**NOTE:** This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

**(IMPORTANT NOTICE TO DEFENDANT ON REVERSE SIDE)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## GARNISHMENT NOTICE

SHEET METAL WORKERS
LOCAL 265 WELFARE FUND, et al.
_____
Judgment Creditor

v.

TAMARACK HEATING & COOLING, INC.
_____
Judgment Debtor

FIRST MIDWEST BANK
_____
Garnishee

CIVIL ACTION

NO.: 08 C 1712

JUDGE: RUBEN CASTILLO

Summons Return Date: September 3, 2008

**Judgment Debtor**

Name: Tamarack Heating & Cooling
Address: 11917 S. Aero Drive
City: Plainfield, IL 60585
Telephone: _____

**Judgment Creditor/Creditor's Attorney**

Name: Catherine M. Chapman
Address: 200 W. Adams St., Ste. 2200
City: Chicago, IL 60606-5231
Telephone: 312/236-4316

Judgment in the amount of $ 464,748.94

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**MICHAEL W. DOBBINS, CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

```
CASE NUMBER: 016 2008-C -001712      004         WILL COUNTY SHERIFF'S OFFICE
-----------                                      ----------- ATTORNEY -----------
                                                 BAUM SIGMAN AUERBACH
 SHEET METAL WORKERS LOCAL 265 WELFARE            200 WEST ADAMS ST
     -VS-                                         SUITE 2200
 TAMARACK HEATING & COOLING INC                   CHICAGO, IL 60606

============ DESCRIPTION ============     ========= ATTEMPTED SERVICES =========
                                          DATE            TIME          BADGE #
 WAGE GARNISHMENT          AUG 0 8 2008

 ISSUED:  8/ 8/08   EXPIRES:   8/31/08
 FEES:    50.00     EVC/DEP:

======== PERSON TO BE SERVED =========

 FIRST MIDWEST BANK                        NOTES:
 24509 LOCKPORT STREET
 PLAINFIELD, IL  60544
```

Stamp: PAID AUG 0 8 2008

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____ .(date)

(C) _X_ SERVICE ON: ___ CORPORATION ___ COMPANY _X_ BUSINESS by leaving a COPY OF THE _X_ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: First Midwest Bank
SERVING ADDRESS: 24509 Lockport St. Plainfield IL
WRIT SERVED ON: John Gorzak      RELATIONSHIP: Vice Pres.
SEX M (M/F)   RACE W   DOB 4/3
THIS  11  DAY OF  Aug   2008   TIME 1410 HOURS
PAUL J. KAUPAS, SHERIFF, BY [signature]          DEPUTY # 1026
REMARKS:

RLM82211545

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| TAMARACK HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | NO. 08 C 1712 |
| Defendant, | ) ) | JUDGE RUBEN CASTILLO |
| and | ) ) | |
| FIRST MIDWEST BANK, | ) ) | |
| Garnishee Defendant. | ) | |

**CERTIFICATE OF MAILING**

I hereby certify that I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtor's address as indicated in the Garnishment Notice.

DATED: August 13, 2008

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Tamarack Heating\2008\certificate of mailing (first midwest bank).cmc.df.wpd