## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 1712

SHEET METAL WORKERS LOCAL 265 WELFARE FUND,
et.al. vs. TAMARACK HEATING & COOLING, INC. and
T.R. MILLER CORP, Garnishee Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

T.R. MILLER, Garnishee Defendant

| | |
|---|---|
| NAME (Type or print) G. RYAN LISKA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ G. Ryan Liska | |
| FIRM NIEW LEGAL PARTNERS | |
| STREET ADDRESS 600 Hunter Drive | |
| CITY/STATE/ZIP Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6277911 | TELEPHONE NUMBER 630-586-0110 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |