UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> TAMARACK HEATING & COOLING, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> T.R. MILLER CORP., ) <br> 11917 Aero Drive, Unit C ) <br> Plainfield, IL 60585 ) <br> ) <br> Garnishee ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 08 C 1712 <br><br> JUDGE RUBEN CASTILLO |

ANSWERS TO
**INTERROGATORIES TO GARNISHEE**

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: __NO__
    (Yes or No)

2. If your answer is yes, describe the property:

    _____
    _____
    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: __NO__
    (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount: $ _____
    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

_____ on oath states that the answers to the interrogatories are true.