UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et.al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAMARACK HEATING & COOLING INC., an Illinois corporation, <br><br> Defendant, <br><br> T.R. MILLER CORP., <br><br> Garnishee-Defendant. | No. 08 C 1712 <br><br> Honorable Judge Ruben Castillo |

## NOTICE OF FILING

TO:   Catherine M. Chapman
      200 West Adams
      Suite 2200
      Chicago, Illinois 60606-5231

    PLEASE TAKE NOTICE that on the 3rd day of September, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois via e-filing, **Answers to Interrogatories of T.R. Miller Corp,** a copy of which is attached and hereby served upon you.

                                              /s/ G. Ryan Liska
                                       One of the Attorneys for Plaintiffs

G. Ryan Liska
Niew Legal Patners, P.C.
600 Hunter Drive
Suite 310
Oak Brook, Illinois 60523
Attorney ARDC No. 6277911

CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served copies of this **Notice of Filing and Answers to Interrogatories of T. R. Miller Corp.** upon

Catherine M. Chapman
200 West Adams
Suite 2200
Chicago, Illinois 60606-5231

via ECF as to Filing Users from 600 Hunter Drive, Suite 310, Oak Brook, Illinois on the 3rd day of September, 2008,


/s/ Darice M. Duffy